**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case Number:

LAURA VAN THOLEN,
         Plaintiff,
v.
Cutting Edge Millwork, Inc.,
         Defendant.

**08 C 1082**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   LAURA VAN THOLEN, Plaintiff

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE SCHENKIER**

| NAME (Type or print) |
|---|
| Kathleen C. Chavez |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kathleen C. Chavez |

| FIRM |
|---|
| CHAVEZ LAW FIRM, P.C. |

| STREET ADDRESS |
|---|
| 28 North First Street, Suite 2 |

| CITY/STATE/ZIP |
|---|
| Geneva, IL 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06255735 | (630) 232-4480 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |