UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA VAN THOLEN<br><br>PLAINTIFF(S)<br><br>vs.<br><br>CUTTING EDGE MILLWORK, INC.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 1082<br><br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Mar 03, 2008**, at **12:48 PM**, I served the above described documents upon **CUTTING EDGE MILLWORK, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **ALYSSIA VENTURA / RECEPTIONIST**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **5215 OLD ORCHARD RD #1010, SKOKIE, IL 60077**.

**DESCRIPTION:** Gender: **F**   Race: **WHITE**   Age: **27**   Hgt: **5'7"**   Wgt: **150**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 3rd day of March, 2008

*Joan C. Harenberg*
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

CLIENT NAME:
Foote, Meyers, Mielke & Flowers, LLC
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36768

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LAURA VAN THOLEN,

      V.

CUTTING EDGE MILLWORK, INC.

CASE NUMBER: **08 C 1082**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE GETTLEMAN**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Cutting Edge Millwork, Inc.
c/o Kim R. Denkewalter, As Registered Agent
5215 Old Orchard Road
#1010
Skokie, IL 60077

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street
Suite 2
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

**February 21, 2008**
Date