**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LAURA VAN THOLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.    08 C 1082 |
| vs. | ) |
| | ) Judge Gettleman |
| CUTTING EDGE MILLWORK, INC., | ) |
| | ) Magistrate Judge Schenkier |
| Defendant | ) |

To:   See Attached Service List

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 16th day of April, 2008 at 9:15 a.m., the undersigned will be and appear before the Honorable Judge Gettleman presiding in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and then and there present Defendant's Motion for Extension of Time, copies of which are attached hereto and herewith served upon you, at which time and place you may appear if you see fit so to do.

CUTTING EDGE MILLWORK, INC.

By: /s/ Amy Galvin Grogan
One of Its Attorneys

Amy Galvin Grogan (ARDC# 6229364)
Michael R. Hauert, Jr. (ARDC# 6286355)
GARELLI & GROGAN
340 W. Butterfield Rd., Suite 2A
Elmhurst, IL 60126
630/833-5533

**CERTIFICATE OF SERVICE**

      I, Amy Galvin Grogan, hereby certify that on March 27, 2008, the foregoing Notice of Motion and Motion for Extension of Time was filed electronically with the Clerk of the Court using the ECF system.  The documents are available for reviewing and downloading from the ECF system.  I also certify that on the date below hard copies of the foregoing documents, courtesy copies of which have been sent to the chambers of The Honorable Judge Gettleman, and were served via first class mail, postage prepaid, to the following:

**Kathleen Currie Chavez**
Chavez Law Firm P.C.
28 North First Street , #2
Geneva, IL 60134

**Peter Lawrence Currie**
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, IL 60174

**Robert M. Foote**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL 60134

**Stephen William Fung**
Foote, Meyers, Mielke, & Flowers, LLC
28 North First St., Suite 2
Geneva, IL 60134

                                                                 /s/ Amy Galvin Grogan
                                                                   Amy Galvin Grogan

## SERVICE LIST

**Kathleen Currie Chavez**
Chavez Law Firm P.C.
28 North First Street , #2
Geneva, IL 60134

**Peter Lawrence Currie**
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
St. Charles, IL 60174

**Robert M. Foote**
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, #2
Geneva, IL 60134

**Stephen William Fung**
Foote, Meyers, Mielke, & Flowers, LLC
28 North First St., Suite 2
Geneva, IL 60134